UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

```
LEONARD GOLUB,                          }
ON BEHALF OF HIMSELF AND                }
ALL OTHERS SIMILIARLY SITUATED,         }
                                        }
                        Plaintiff,      }         Civil Action, File No.
              v                         }         2:18-cv-00888-JMA-AKT
                                        }
D & A SERVICES, LLC                     }
A/K/A  D & A SERVICES, LLC OF IL,       }
                                        }
                        Defendant.      }
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 27 2018   ★

LONG ISLAND OFFICE

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against Defendant with each party to bear its respective attorney's fees and costs incurred in this action.

/s/Mitchell L. Pashkin, Esq.
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 335-1107

/s/ Kirsten H. Smith
Kirsten H. Smith, Esq.
SESSIONS FISHMAN NATHAN & ISRAEL
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002-7227
504.846.7943
*Attorney for Defendant*

Case closed.

So Ordered.

s/ Joan M. Azrack

6/27/18